

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00326-CR

Leonard **CHARGUALAF,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1243-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). On September 28, 2020, Appellant Leonard Chargualaf, an indigent inmate, moved this court for a free copy of the appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion for a free copy of the appellate record is GRANTED.

We direct the clerk of this court to provide Appellant with a printed copy of the appellate record—the clerk's and reporter's records—at no cost to Appellant. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

The appellate record is to be mailed to Appellant at the following address:

Leonard Chargualaf
SO# 16119-03
Guadalupe County Adult Detention Center
2615 N. Guadalupe Street
Seguin, Texas 78155-7356

Appellant's pro se brief is due on November 6, 2020. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court